UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN GREGORY HURLEY,<br><br>Defendant. | Case No. 2:07-cr-048-KJD-PAL<br><br>**ORDER** |

Based on the above points and authorities and good cause appearing therefore, the **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

**IT IS HEREBY ORDERED** that the term of supervised release be terminated.

DATED this __6__ day of __June__, 2012

_____
UNITED STATES DISTRICT JUDGE